IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK
2013 JAN 11 PM 3:59
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 2 |
| Plaintiff, | JUDGE |
| vs. | |
| GREGORY R. KNEICE | 21 U.S.C. §841(a)(1) |
| | 21 U.S.C. §841(b)(1)(C) |
| Defendant. | 21 U.S.C. §846 |
| | 21 U.S.C. §853(a)(1) |
| | INFORMATION |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

From on or about January 1, 2011 through and including July 31, 2012, in the Southern District of Ohio, the defendant GREGORY R. KNEICE, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown to the United States Attorney, to distribute oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1) & (b)(1)(C).

In violation of 21 U.S.C. §846.

## FORFEITURE A

The allegations of Count One of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America.

Upon conviction of the offenses alleged in Count One of this Information, the defendant, GREGORY R. KNEICE, shall forfeit to the United States all cash proceeds involved in the commission of the offenses, which were seized from defendant, GREGORY R. KNEICE, on or about May 4, 2012, including but not limited to the following:

1. $1160.00 cash.

In violation of 21 U.S.C. §853(a)(1).

CARTER M. STEWART
UNITED STATES ATTORNEY

GARY L. SPARTIS
Columbus Branch Chief