IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

2013 JAN 11 PM 3:59

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA

VS.         :     No. 2:13 cr 8
            JUDGE  JUDGE SARGUS

GREGORY R. KNEICE

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
21 U.S.C. §846

1.  ELEMENTS:  21 U.S.C. §846

First:    That the defendant conspired to distribute oxycodone, a Scheduled II controlled substance;

Second:   That the conspiracy described in the Information was willfully formed and was existing at or about the time alleged;

Third:    That the defendant knowingly and intentionally became a member of the conspiracy;

Fourth:   That said agreement existed in whole or in part, at or about the time alleged, in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 20 years imprisonment, a fine of $1,000,000; three (3) years term of supervised release, and $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-2769
Ken.Affeldt@usdoj.gov