UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY R. KNEICE,

    Defendant.

Case No. 2:13-CR-008
JUDGE EDMUND A. SARGUS, JR.

## ORDER

On August 14, 2013, this Court granted Defendant's unopposed motion to serve the home confinement portion of this sentence before his period of incarceration. (ECF No. 28.) In that Order, the Court modified its Commitment Order in this case as follows:

> Beginning within seven (7) days of the date of this Order, Defendant shall begin six months of home confinement to be followed by forty-five (45) months of incarceration. The Defendant's report date to the BOP shall not be before completion of home confinement. Following incarceration, Defendant shall serve four (4) months at the Alvis House.

The Court hereby **WITHDRAWS** the Commitment Order, which will be re-filed at a later date so that the BOP will designate Defendant's report date after his service of his home confinement. The Commitment Order will at that time be filed without the home confinement portion. The Court, therefore, **DIRECTS** the following:

> Defendant shall participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs. **HOME DETENTION** with Radio Frequency. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. If Defendant does

not currently have land-line telephone service at his residence, he is **DIRECTED** to obtain such service immediately.

**IT IS SO ORDERED.**

8-21-2013
**DATE**

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**